**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1254**

---

In re:  HERMAN FELTON, JR.,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  (2:21-cr-00006-D-1; 2:23-cv-00002-D)

---

Submitted:  May 21, 2024                       Decided:  May 24, 2024

---

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Herman Felton, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Felton, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion.[*] He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny Felton's mandamus petitions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*

---

[*] Felton may not use mandamus as an avenue to attack his conviction. *See In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).